JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITLEY INTERNATIONAL CO., LTD., | Case No. CV 15-2887 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PYNE RV RENTALS, INC., d.b.a. AUTO WORLD OF TEXAS, <u>et al.</u>, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 31st day of May, 2016.

/s/
Fernando M. Olguin
United States District Judge